AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; THE INTERNATIONAL WILDLIFE COEXISTENCE NETWORK; WILDEARTH GUARDIANS; NIMIIPUU PROTECTING THE ENVIRONMENT; ALLIANCE FOR THE WILD ROCKIES; FRIENDS OF THE CLEARWATER; WILDERNESS WATCH; PREDATOR DEFENSE; TRAP FREE MONTANA; and PROTECT THE WOLVES, non-profit organizations<br><br>*Plaintiff(s)*<br>v.<br>MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service; the UNITED STATES FISH AND WILDLIFE SERVICE; DEB HAALAND, in her official capacity as Secretary of the Interior; and the UNITED STATES DEPARTMENT OF THE INTERIOR<br><br>*Defendant(s)* | Civil Action No. CV 24-43-M-DWM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
U.S. Fish and Wildlife Service
Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly E. Nokes
Western Environmental Law Center
P.O. Box 218
Buena Vista, CO 81211
nokes@westernlaw.org

Sarah K. McMillan
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
mcmillan@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/8/24

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: