IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., <br><br> Plaintiffs, <br><br> and <br><br> CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Consolidated Plaintiffs, <br><br> vs. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, et al., <br><br> Defendants. | Lead Case <br> CV 24–43–M–DWM <br><br> Member Case <br> CV 24–44–M–DWM <br><br><br> ORDER |

There being common issues of fact and law, consolidation of the above-captioned cases is appropriate pursuant to Federal Rule of Civil Procedure 42(a)(2). Accordingly,

IT IS ORDERED the above-captioned cases are consolidated for all further proceedings under the case number CV 24–43–M–DWM and captioned as shown above. The Clerk of Court shall file this Order in the docket for each case.

1

IT IS FURTHER ORDERED that the defendants in the member case shall file their answer in CV 24–44–M–DWM in CM/ECF. All other documents shall be filed in the lead case, CV 24–43–M–DWM, and spread to the member case.

IT IS FURTHER ORDERED the current case management schedule, (*see* CV 24–43–M–DWM, Doc. 4), remains in place and shall govern the proceedings in both cases. In light of the claims raised in the two cases, the parties' proposed case management plan should reflect that Plaintiffs and Consolidated Plaintiffs will be expected to file joint briefs.

DATED this 10 day of April, 2024.

_____
Donald W. Molloy, District Judge
United States District Court