IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., | Lead Case CV 24–43–M–DWM |
| Plaintiffs, | Member Case CV 24–44–M–DWM |
| and | |
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ORDER |
| Consolidated Plaintiffs, | |
| vs. | |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | |
| Defendants, | |
| and | |
| SPORTSMEN'S ALLIANCE FOUNDATION, SAFARI CLUB INTERNATIONAL, and ROCKY MOUNTAIN ELK FOUNDATION, | |
| Defendant-Intervenors. | |

Defendant-Intervenors move for the admission of James Lister, Regina Lennox, and Michael Jean to practice before this Court in this case with Hannah Stone and Alyssa Campbell to act as local counsel. Their applications appear to be

1

in order.  However, it is the practice of this Court to limit the number of counsel in order to "secure the just, speedy, and inexpensive determination of every action and proceeding."  Fed. R. Civ. P. 1; *cf. In re United States*, 791 F.3d 945, 957 (9th Cir. 2015) ("[A] court's decision to deny pro hac vice admission must be based on criteria reasonably related to promoting the orderly administration of justice or some other legitimate policy of the courts.") (internal citation omitted).  A surfeit of counsel impedes this mandate by, *inter alia*, confusing points of contact for the opposing party.  *Cf. United States v. Ries*, 100 F.3d 1469, 1471 (9th Cir. 1996) ("[C]ounsel from other jurisdictions may be significantly more difficult to reach . . . than local counsel.").  While the present motions are granted, no more attorneys will be permitted to appear.  Nothing in this limitation prevents counsel from using his or her firm resources and internal assignments to assure adequate representation for the client.

    Accordingly, IT IS ORDERED that Defendant-Intervenors' motions to admit James Lister, Regina Lennox, and Michael Jean *pro hac vice* (Docs. 11, 12, 13) are GRANTED on the condition that *pro hac* counsel shall do his or her own work.  This means that *pro hac* counsel must do his or her own writing; sign his or her own pleadings, motions, and briefs; and appear and participate personally.  Use of generative AI drafting programs, such as Chat GPT, is prohibited.  Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further

information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless *pro hac* counsel, within fifteen (15) days of the date of this Order, files a notice acknowledging counsel's admission under the terms set forth above. In that notice, counsel shall also designate a single attorney with the authority to make any and all decisions related to the administration of this case as the primary point of contact for the opposing party.

DATED this 16th day of May, 2024.

_____
Donald W. Molloy, District Judge
United States District Court