IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., | Lead Case<br>CV 24–43–M–DWM |
| Plaintiffs, | Member Case<br>CV 24–44–M–DWM |
| and | |
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ORDER |
| Consolidated Plaintiffs, | |
| vs. | |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | |
| Defendants, | |
| and | |
| SPORTSMEN'S ALLIANCE FOUNDATION, SAFARI CLUB INTERNATIONAL, and ROCKY MOUNTAIN ELK FOUNDATION, | |
| Defendant-Intervenors. | |

The State of Idaho having moved unopposed for leave to file an amicus brief in this matter, *see* D. Mont. L.R. 7.5,

1

IT IS ORDERED that the motion (Doc. 23) is GRANTED as follows: Idaho may file one amicus brief on the merits of the case the same date Federal Defendants' and Defendant-Intervenors' summary judgment briefing is due. That deadline will be set in the case management order. That brief may not exceed 6,500 words.

DATED this 10th day of June, 2024.

_____
Donald W. Molloy, District Judge
United States District Court